ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| PAE Aviation and Technical Services, LLC | ) ASBCA No. 63911 |
| | ) |
| Under Contract No. FA8108-17-D-0012 | ) |
| T.O. FA8108-21-F-0031 | ) |

APPEARANCE FOR THE APPELLANT:     Daniel B. Abrahams, Esq.
                                   Abrahams Wolf-Rodda, LLC
                                   Potomac, MD

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                   Michael J. Farr, Esq.
                                   Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE HAMADY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,300,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 8, 2026

ROBYN L. HAMADY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                I concur


_____                    _____
J. REID PROUTY                                          MICHAEL N. O'CONNELL
Administrative Judge                                  Administrative Judge
Acting Chairman                                        Vice Chairman
Armed Services Board                               Armed Services Board
of Contract Appeals                                   of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63911, Appeal of PAE Aviation and Technical Services, LLC, rendered in conformance with the Board's Charter.


      Dated:  April 8, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals